IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**APRIL WRIGHT, Individually And On Behalf Of All Others Similarly Situated,**

      Plaintiff,

v.

**WALMART, INC.,**

      Defendant.

**Case No. 22-cv-02311-SPM**

# JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on August 21, 2023 granting the Motion to Dismiss (Doc. 28), Plaintiff's claims against Defendant Walmart, Inc. are **DISMISSED with Prejudice**.

Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED: August 21, 2023**

                                  **MONICA A. STUMP,**
                                  **Clerk of Court**

                                  **By: s/** *Jackie Muckensturm*
                                  **Deputy Clerk**


**APPROVED: s/** *Stephen P. McGlynn*
                **STEPHEN P. MCGLYNN**
                **U.S. District Court Judge**